John M. **WYATT,** Petitioner–Appellant

v.

Warden, M. Travis **BRAGG,** Respondent–Appellee.

No. 10–50691
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 15, 2011.

John M. Wyatt, Anthony, NM, pro se.

Michael A. Rotker, Esq., U.S. Department Of Justice, Washington, DC, Magdalena Gurany Jara, Assistant U.S. Attorney, U.S. Attorney's Office, El Paso, TX, for Respondent–Appellee.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

John M. Wyatt, federal prisoner # 04900–051, was convicted of possession with intent to distribute over 100 kilograms of marijuana and was sentenced as a career offender to 262 months in prison. In the district court, he filed a 28 U.S.C. § 2241 petition challenging his career offender characterization in light of *Begay v. United States*, 553 U.S. 137, 128 S.Ct. 1581, 170 L.Ed.2d 490 (2008), and *Chambers v. United States*, 555 U.S. 122, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009). He appeals the district court's construction of this petition as a successive 28 U.S.C. § 2255 motion and its transfer of the case to the Seventh Circuit.

If necessary, we must examine the basis of our jurisdiction sua sponte. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). The district court's transfer order was a nonappealable interlocutory order. *See Brinar v. Williamson*, 245 F.3d 515, 516–18 (5th Cir.2001). We are without jurisdiction to consider the present appeal. *See id.* Consequently, this appeal is DISMISSED for lack of jurisdiction. All outstanding motions are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

